```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                   :

        - v. -                             :    UNSEALING ORDER

VIKTOR BOUT,                               :    S1 09 Cr. 1002
    a/k/a "Boris,"
    a/k/a "Victor Anatoliyevich Bout,"     :
    a/k/a "Victor But,"
    a/k/a "Viktor Budd,"                   :
    a/k/a "Viktor Butt,"
    a/k/a "Viktor Bulakin,"                :
    a/k/a "Vadim Markovich Aminov,"
RICHARD AMMAR CHICHAKLI,                   :
    a/k/a "Robert Cunning,"
    a/k/a "Raman Cedorov,"                 :

            Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Jenna M. Dabbs;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed; it is therefore



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       February 17, 2010

*/Kevin Nathaniel Fox/*
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v -

VIKTOR BOUT,
a/k/a "Boris,
a/k/a "Victor Anatoliyevich Bout,"
a/k/a "Victor But,"
a/k/a "Viktor Budd,"
a/k/a "Viktor Butt,"
a/k/a "Viktor Bulakin,"
a/k/a "Vadim Markovich Aminov," and
RICHARD AMMAR CHICHAKLI,
a/k/a "Robert Cunning,"
a/k/a "Raman Cedorov,"

Defendants.

## ORDER

S1 09 Cr. 1002

PREET BHARARA
United States Attorney.