

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2013

**BY HAND**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **United States v. Richard Chichakli, 09 Cr. 1002 (WHP)**

Dear Judge Pauley:

      The Government respectfully submits this letter to inform the Court of the status of the defendant's ability to review certain Outlook e-mails contained in the discovery materials, which the defendant indicated he could not access at the last conference on September 3, 2013. After consultation with our IT department, we have determined that the software necessary to run the Outlook e-mail program may not have been included on the laptop computer that was given to the defendant to review the discovery at the MDC. Accordingly, on Thursday, September 12, 2013, a representative from this Office will go to the MDC and install the software necessary to view the Outlook e-mails on the defendant's laptop. We believe this should rectify the problem.

      Respectfully Submitted,

      PREET BHARARA
      United States Attorney

By: _____
      Christian R. Everdell/Jenna M. Dabbs/Ian McGinley
      Assistant United States Attorneys
      (212) 637-2556/2212/2257

cc:    Richard Chichakli, Reg. No. 92036-054 (by first class mail)
       Marlon Kirton, Esq. (by email)