

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2013

**BY HAND AND ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Richard Ammar Chichakli,**
           **S2 09 Cr. 1002 (WHP)**

Dear Judge Pauley:

      The Government respectfully submits this letter to inform the Court about the status of discovery relevant to Rule 404(b) of the Federal Rules of Criminal Procedure ("404(b) Discovery"). At the conference on June 4, 2013, the Court ordered the Government to produce all 404(b) Discovery to the defendant by today, September 13, 2013. Any evidence that the Government may seek to introduce at trial under Rule 404(b) was included in the Government's Rule 16 discovery productions to the defendant and has therefore already been provided to him. The Government will provide appropriate notice to the defendant under Rule 404(b) regarding the general nature of the "other act" evidence that it intends to introduce at trial on a schedule to be determined by the Court.

                                          Respectfully Submitted,

                                          PREET BHARARA
                                          United States Attorney

                           By:  _____/s/_____
                               Christian R. Everdell/Ian McGinley
                               Assistant United States Attorneys
                               (212) 637-2556/2257

cc:    Richard Chichakli
       Reg. No. 92036-054
       MDC Brooklyn

Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232
(by regular mail)

Marlon Kirton, Esq.
230 Park Avenue, Suite 1000
New York, NY 10169
(by e-mail and ECF)