# Mitchell Dinnerstein

Attorney at Law

The Trinity Building
111 Broadway - Suite 1305
New York, New York 10006
212.925.0793 (office)
212.346.4665 (fax)
md@dinnersteinlaw.com

March 12, 2014

The Honorable Judge William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: <u>USA V. RICHARD CHICHALKI</u>**
      <u>**09-cr-1002 (WHP)**</u>

Dear Judge Pauley:

Rule 33(b)(2) requires that to file a motion for a New Trial, the defendant must file a motion within fourteen days of the verdict. The verdict was rendered in this case on December 13, 2013. Mr. Kirton, previous counsel, filed a Rule 29 and Rule 33 motion on February 1, 2014. Mr. Chichalki filed a letter to the Court indicating his concerns about the previous counsel's representation. I believe the defendant's letter raises issues that require that I supplement the previously filed Rule 29 and Rule 33 motion. I am requesting that I be given additional time to file the supplemental Rule 29 and Rule 33 motion to address the defendant's stated concerns.

I believe that due to my assignment on this case on February 28, 2014, the Court should find that I have satisfied the requirement for an adjournment pursuant to Rule 45(b) of the Rules of Criminal Procedure.

Thank you for your attention to this matter.

Sincerely yours,

Mitchell Dinnerstein
Attorney for Richard Chichalki

cc.:  AUSA Patrick McGinley
       AUSA Christian Everdell