# Mitchell Dinnerstein

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X X X X X X X X X X X X X X X X X X X X

    UNITED STATES OF AMERICA

        V.

    RICHARD CHICHAKLI

NOTICE OF MOTION

09-CRI-1002 (WHP)

X X X X X X X X X X X X X X X X X X X X

    PLEASE TAKE NOTICE that the defendant RICHARD CHICHAKLI, will move this Court before the Honorable

William H. Pauley III, United States District Judge, Southern District of New York in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at a time that is convenient for the Court, for an Order granting the following relief:

(1) For an Order pursuant to 28 U.C.C Section 144 for the Court to Recuse hereself and appoint three-judge panel pursuant to 28 U.S.C. 2284(b)(1)

(2) For such other and further reliefs as to this Court may see just and Proper.

Dated:   Nov / 10 /2014, Brooklyn, New York

                                    Respectfully Submitted

                                    Richard A. Chichakli (pro-Se)
                                    Registration No.   92036-054
                                    MDC-Brooklyn, PO Box 932002
                                    Brooklyn, NY 112032

TO:    Hon. William H. Pauley III
        U.S. District Judge - SDNY
        500 Pearl Street
        New York, NY 10007

        Christian Everdell
        Assistant US Attorney
        One St. Andrew' Plaza
        New York, NY 10007